

FILED
JUL 23 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL LUNA-ESTRADA,<br><br>　　　　　Defendant. | Case No.: **20cr2138-GPC**<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a) and (b) – Attempted Reentry of Removed Alien (Felony) |
|---|---|

　　The United States Attorney charges:

　　On or about June 27, 2020, within the Southern District of California, defendant SAMUEL LUNA-ESTRADA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

//

PEBE:kot:7/21/2020

It is further alleged that defendant was removed from the United States subsequent to November 26, 2018.

DATED: 7/21/20

ROBERT S. BREWER, JR.
United States Attorney

*Paul Benjamin*

PAUL E. BENJAMIN
Assistant U.S. Attorney