# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL LUNA-ESTRADA,<br><br>    Defendant. | Case No.:  20-CR-2138-GPC<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 20-CR-2138-GPC against defendant SAMUEL LUNA-ESTRADA be, and hereby is, dismissed;

IT IS SO ORDERED.

Dated:  August 27, 2020

Hon. Gonzalo P. Curiel
United States District Judge